| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Sharis LaQuanda Jenkins<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3805<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | District of South Carolina | Date case filed for chapter: 13   7/8/22 | |
| Case number: | 22–01808–dd | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sharis LaQuanda Jenkins | |
| 2. | **All other names used in the last 8 years** | aka Sharis L Jenkins, aka Sharis Jenkins | |
| 3. | **Address** | 4037 Prosperity Road<br>Johns Island, SC 29455 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert R. Meredith Jr.<br>4000 Faber Place Drive<br>Suite 120<br>N. Charleston, SC 29405 | Contact phone 843–529–9000<br>Email rm@meredithlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465–0997 | Contact phone (843) 388–9844<br>Email 13info@charleston13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm<br>Contact phone 803–765–5436<br>Date: 7/8/22 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | August 9, 2022 at 11:00 AM<br>**The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.** *** Valid photo identification required *** | Location:<br>Telephonic. Call in number found at, www.scb.uscourts.gov/pdf/TeleMOC.pdf |

For more information, see page 2

| | | |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/11/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/16/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/4/23** |
| | **Deadlines for filing proof of claim:**<br> A Proof of Claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retains rights in its collateral regardless of whether that creditor files a Proof of Claim.<br><br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>You may electronically file claims at http://www.scb.uscourts.gov/electronic–filing–claims. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Hearing on Confirmation** | The confirmation hearing will be held on:<br>**9/21/22** at **10:00 AM**, Location: **King and Queen Building, 145 King Street, Room 225, Charleston, SC 29401.** A copy of the plan will be sent separately by the debtor. This hearing may be continued or rescheduled as necessary and due notice will be given.<br><br>Any objection to confirmation of the chapter 13 plan must be filed and served at least seven days prior to the confirmation hearing. Objections to the confirmation may be overruled if the objecting creditor fails to appear and prosecute the objection. If no objection is timely filed, the plan may be confirmed on recommendation of the trustee. The debtor(s) is/are required to appear at the confirmation hearings unless excused by order of the Court or Chambers Guidelines. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan will be sent to you later and the confirmation hearing will be held on the date shown in line 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |
| **14. Dismissal Notice** | This case may be converted or dismissed at the confirmation hearing for a failure to: file a confirmable chapter 13 plan, pay the applicable filing fee, file or provide documents, attend the meeting of creditors, or timely make payments due under a chapter 13 plan as required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court, or the applicable judge's Chambers Guidelines. | |
| **15. Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. | |
| **16. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for DeBN by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 22-01808-dd

Sharis LaQuanda Jenkins  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2      User: admin      Page 1 of 3

Date Rcvd: Jul 08, 2022      Form ID: b309i      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharis LaQuanda Jenkins, 4037 Prosperity Road, Johns Island, SC 29455-3810 |
| 544125570 | + | Discover Bank, P.O. Box 176010, Raleigh, NC 27619-6010 |
| 544125573 | #+ | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 544125577 | + | Meredith Law Firm, LLC, 4000 Faber Place Drive, Suite 120, North Charleston, SC 29405-8585 |
| 544125584 | + | Personal Cash Loans of SC, Inc., d/b/a Personal Cash Loans, 5418-A Rivers Ave, Charleston, SC 29406-6129 |
| 544125589 | + | The Epicentre, 2048 Charlie Hall Blvd, Charleston, SC 29414-5830 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rm@meredithlawfirm.com | Jul 08 2022 21:01:00 | Robert R. Meredith, Jr., 4000 Faber Place Drive, Suite 120, N. Charleston, SC 29405 |
| tr | | Email/Text: nobles@charleston13.com | Jul 08 2022 21:01:00 | James M. Wyman, PO Box 997, Mount Pleasant, SC 29465-0997 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jul 08 2022 21:01:00 | US Trustee's Office, Strom Thurmond Federal Building, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |
| 544125563 | + | Email/Text: bankruptcy@1ffc.com | Jul 08 2022 21:01:00 | 1st Franklin Financial, Po Box 31231, Charleston, SC 29417-1231 |
| 544125564 | + | EDI: AARGON.COM | Jul 09 2022 01:03:00 | Aargon Agency Inc., Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 544125565 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 08 2022 21:01:00 | Ability Recovery Services, 284 Main Street, Pittston, PA 18641-1960 |
| 544125566 | ^ | MEBN | Jul 08 2022 20:57:01 | American Coradius International, LLC, 2420 Sweet Home Road Ste 150, Buffalo, NY 14228-2244 |
| 544125567 | + | EDI: CAPITALONE.COM | Jul 09 2022 01:03:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 544125568 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 08 2022 21:01:00 | CashNet USA, 175 W. Jackson Blvd., Ste. 1000, Chicago, IL 60604-2863 |
| 544125569 | + | Email/Text: bankruptcy@axcess-financial.com | Jul 08 2022 21:01:00 | Check n Go, 7755 Montgomery Rd Ste 4, Cincinnati, OH 45236-4197 |
| 544125571 | | Email/Text: amy@fdscredit.com | Jul 08 2022 21:01:00 | Financial Data Systems, 1638 Military Cutoff Road, Wilmington, NC 28403 |
| 544125572 | + | EDI: AMINFOFP.COM | Jul 09 2022 01:03:00 | First Premier Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |

| | | | | |
|---|---|---|---|---|
| 544125574 | | EDI: IRS.COM | Jul 09 2022 01:03:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 544125575 | | Email/Text: govtaudits@labcorp.com | Jul 08 2022 21:01:00 | LabCorp, P.O. Box 2240, Burlington, NC 272162240 |
| 544125576 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2022 21:04:21 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 544125579 | ^ | MEBN | Jul 08 2022 20:56:43 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 544125580 | + | Email/Text: bankruptcydocs@musc.edu | Jul 08 2022 21:01:00 | MUSC Health, 1 Poston Road, Suite 350, Charleston, SC 29407-3431 |
| 544125578 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2022 21:01:00 | Midland Credit Management, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 544125581 | + | EDI: NFCU.COM | Jul 09 2022 01:03:00 | Navy Federal Credit Union, Attn: Bankruptcy Dept, PO Box 3000, Merrifield, VA 22119-3000 |
| 544125582 | ^ | MEBN | Jul 08 2022 20:56:41 | Ncb Management Service, 1 Allied Dr, Trevose, PA 19053-6945 |
| 544125583 | + | Email/Text: recovery@paypal.com | Jul 08 2022 21:01:00 | PayPal, 2211 N 1st Street, San Jose, CA 95131-2021 |
| 544125585 | + | Email/Text: rsfbankruptcy@rsfh.com | Jul 08 2022 21:01:00 | Roper St Francis Physicians, PO Box 650292, Dallas, TX 75265-0292 |
| 544125587 | | Email/Text: trmcleod@dew.sc.gov | Jul 08 2022 21:01:00 | SC Department of Employment and Workforce, P.O. Box 995, Columbia, SC 29202 |
| 544125588 | | Email/Text: BankruptcyLegal@dor.sc.gov | Jul 08 2022 21:01:00 | SC Department of Revenue, Office of the General Counsel Bankruptcy, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 544125586 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 08 2022 21:01:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 544125591 | + | EDI: NAVIENTFKASMDOE.COM | Jul 09 2022 01:03:00 | US Department of Education, Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 544125590 | + | EDI: LCIUPSTART | Jul 09 2022 01:03:00 | Upstart Network Inc., 2 Circle Star Way Fl 2, San Carlos, CA 94070-6200 |
| 544125592 | | Email/Text: bkinfo@mail.waldenu.edu | Jul 08 2022 21:01:00 | Walden University, 100 S Washington Ave, Suite 1210, Minneapolis, MN 55401 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0420-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 08, 2022 | Form ID: b309i | Total Noticed: 34 |

Date: Jul 10, 2022           Signature:     /s/Gustava Winters