IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE:<br><br>**Sharis LaQuanda Jenkins,**<br><br>Debtor(s). | Case No. 22-01808<br><br>Chapter 13 |
|---|---|

## STIPULATION

**COMES NOW** the South Carolina Department of Employment And Workforce, Creditor (DEW), and Sharis LaQuanda Jenkins, (Debtor), in the captioned case, and stipulate and agree as follows:

1. The parties agree and stipulate that the sum of **$27,283.72** set forth in DEW's Proof of Claim (Claim No. 18) in this matter is owed to DEW by Debtor.

2. The parties agree and stipulate that the sum of **$27,283.72** set forth in DEW's Proof of Claim (Claim No. 18) in this matter is a debt which is not dischargeable under 11 U.S.C.A. §523(a)(2) & (a)(7).

| Determination Date | Amount of Overpayment | Overpayment Penalty | Non-Dischargeable Overpayment Amount | Non-Dischargeable Balance Owed |
|---|---|---|---|---|
| July 28, 2021 | 4,238.00 | 1,398.54 | 5,636.64 | 5,636.64 |
| November 8, 2021 | 8,138.00 | 2,685.54 | 10,823.54 | 10,823.54 |
| May 12, 2022 | 8,138.00 | 2,685.54 | 10,823.54 | 10,823.54 |
| **TOTAL NON-DISCHARGEABLE BALANCE OWED** | | | | **$27,283.72** |

3. The parties agree and stipulate that the balance owed on DEW's claim will remain non-dischargeable under 11 U.S.C.A. §523(a)(2) if this matter is converted to a liquidation plan or a discharge is obtained through any chapter of the U.S. Bankruptcy Code.

4. Upon the execution of this Stipulation by the parties, DEW shall file the Stipulation by Motion with the Court. Upon the Court's review of the Motion, the Court may enter an Order approving the Stipulation.

[SIGNATURE PAGE TO FOLLOW]

|  |  |  |
|---|---|---|
| 10/10/2022 | By: | *[signature]* |
| Date Signed | | Elizabeth Heilig, Esq. (SC District # 10704) |
| | | MEREDITH LAW FIRM, LLC |
| | | 1901 Assembly St #360, |
| | | Columbia, SC 29201 |
| | | eheilig@meredithlawfirm.com |

FOR DEBTOR:

SOUTH CAROLINA DEPARTMENT OF
EMPLOYMENT AND WORKFORCE

October 14, 2022               By:   *[signature]*
Date Signed                          E.B. "Trey" McLeod, III (SC District #10838)
                                     Assistant General Counsel
                                     S.C. Dept. of Employment and Workforce
                                     Post Office Box 8597
                                     Columbia, South Carolina 29202
                                     (803) 737-3168
                                     tmcleod@dew.sc.gov

X: *Sharris Fuhs*                    Date: 10-10-22